
1  JOHN J. TUCHI
   United States Attorney
2  District of Arizona
   CRAIG M. TIMM
3  Assistant U.S. Attorney
   405 W. Congress Street, Suite 4800
4  Tucson, Arizona 85701-5040
   Telephone: 520-620-7300
5  Attorneys for Plaintiff

6

                 UNITED STATES DISTRICT COURT
7
                      DISTRICT OF ARIZONA
8

9  United States of America,           )  CR09-1999 TUC-FRZ/DTF
                                       )
10                  Plaintiff,         )  INDICTMENT
                                       )
11     vs.                             )  Violation:  18 USC §111(a)(1)
                                       )
12 Marisela Arvizu,                    )
                                       )  (Assault on a Federal Officer)
13                  Defendant.         )
                                       )

14

**THE GRAND JURY CHARGES:**

15

    That on or about April 19, 2009, at or near Tombstone, in the District of Arizona, the defendant, MARISELA ARIVIZU, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent Tate Weatherford, an officer of the United States or any agency thereof, with the act constituting more than simple assault, by scratching Agent Weatherford's arm and throwing a handful of gravel in his face, while Agent Weatherford was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

SEP 0 9 2009

JOHN J. TUCHI
United States Attorney
District of Arizona

Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE